| Fill in this information to identify the case: |
|---|
| Debtor name **PHCV4 Homes, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) **24-02751-11** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 20, 2024**

*X* **/s/ Misty M. Glass**
Signature of individual signing on behalf of debtor

**Misty M. Glass**
Printed name

**Manager**
Position or relationship to debtor



Case 24-02751-TOM11 Doc 9 Filed 09/20/24 Entered 09/20/24 14:41:21 Desc Main Document Page 1 of 27

**Fill in this information to identify the case:**

Debtor name **PHCV4 Homes, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) **24-02751-11**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ | **24,814,475.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ | **0.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ | **24,814,475.00** |

**Part 2: Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ | **23,757,145.19** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ | **0.00** |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ | **5.00** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | **23,757,150.19** |

| Fill in this information to identify the case: |
|---|
| Debtor name **PHCV4 Homes, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) **24-02751-11** |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

## Part 4: Investments

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.



Case 24-02751-TOM11 Doc 9 Filed 09/20/24 Entered 09/20/24 14:41:21 Desc Main Document Page 3 of 27

☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **Real Property - See Ex A attached** | **Fee simple** | **$0.00** | | **$24,814,475.00** |

56. **Total of Part 9.** **$24,814,475.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$0.00** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. | **Real property.** *Copy line 56, Part 9*.....> | | **$24,814,475.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$0.00** | + 91b. **$24,814,475.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$24,814,475.00** |

# Exhibit A to Schedule B

**PHCV4 Homes LLC**
**Asset List**

As of 9/5/2024

| | Origination Da | Original Amount | Account Number | Current O/S Balance | Collateral | | Estimated Value | % Complete |
|---|---|---|---|---|---|---|---|---|
| COMMITMENT NUMBER 45202 | | | Outside initial advance date | | Maturity date | | | |
| Corevest | 4/14/2023 | 195,650.00 | 651211 | 195,650.00 | Woodland Trails 03 | 3789 Seaside Sparrow Circle Bessemer 35022 | $300,000.00 | 100% |
| Corevest | 4/14/2023 | 196,300.00 | 651200 | 196,300.00 | Woodland Trails 04 | 3785 Seaside Sparrow Circle Bessemer 35022 | $300,000.00 | 100% |
| Corevest | 4/14/2023 | 192,840.32 | 651198 | 192,840.32 | Woodland Trails 05 | 3781 Seaside Sparrow Circle Bessemer 35022 | $300,000.00 | 100% |
| Corevest | 4/14/2023 | 196,300.00 | 651181 | 196,300.00 | Woodland Trails 06 | 3777 Seaside Sparrow Circle Bessemer 35022 | $300,000.00 | 100% |
| Corevest | 4/14/2023 | 194,350.00 | 651176 | 194,350.00 | Woodland Trails 07 | 3773 Seaside Sparrow Circle Bessemer 35022 | $300,000.00 | 100% |
| Corevest | 4/14/2023 | 194,350.00 | 651457 | 194,350.00 | Woodland Trails 18 | 3752 Seaside Sparrow Circle Bessemer 35022 | $300,000.00 | 100% |
| Corevest | 4/14/2023 | 194,350.00 | 651136 | 194,350.00 | Woodland Trails 21 | 3764 Seaside Sparrow Circle Bessemer 35022 | $300,000.00 | 100% |
| Corevest | 4/14/2023 | 196,300.00 | 651152 | 196,300.00 | Woodland Trails 22 | 3768 Seaside Sparrow Circle Bessemer 35022 | $300,000.00 | 100% |
| Corevest | 4/14/2023 | 192,840.32 | 651163 | 192,840.32 | Woodland Trails 08 | 3769 Seaside Sparrow Circle Bessemer 35022 | $300,000.00 | 100% |
| Corevest | 4/14/2023 | 196,300.00 | 651143 | 196,300.00 | Woodland Trails 09 | 3765 Seaside Sparrow Circle Bessemer 35022 | $300,000.00 | 100% |
| Corevest | 4/14/2023 | 194,350.00 | 651121 | 194,350.00 | Woodland Trails 10 | 3761 Seaside Sparrow Circle Bessemer 35022 | $300,000.00 | 100% |
| Corevest | 4/14/2023 | 196,300.00 | 651107 | 196,300.00 | Woodland Trails 11 | 3757 Seaside Sparrow Circle Bessemer 35022 | $300,000.00 | 100% |
| Corevest | 4/14/2023 | 194,350.00 | 651080 | 194,350.00 | Woodland Trails 12 | 3753 Seaside Sparrow Circle Bessemer 35022 | $300,000.00 | 100% |
| Corevest | 4/14/2023 | 194,350.00 | 651224 | 173,336.00 | Woodland Trails 23 | 5500 Blue Jay Circle Bessemer 35022 | $231,115.00 | 89% |
| Corevest | 4/14/2023 | 192,840.32 | 651246 | 172,037.64 | Woodland Trails 24 | 5504 Blue Jay Circle Bessemer 35022 | $229,384.00 | 89% |
| Corevest | 4/14/2023 | 196,300.00 | 651266 | 175,013.00 | Woodland Trails 25 | 5508 Blue Jay Circle Bessemer 35022 | $233,351.00 | 89% |
| Corevest | 4/14/2023 | 194,350.00 | 651284 | 173,336.00 | Woodland Trails 26 | 5512 Blue Jay Circle Bessemer 35022 | $231,115.00 | 89% |
| Corevest | 4/14/2023 | 196,300.00 | 651448 | 190,218.00 | Woodland Trails 13 | 3749 Seaside Sparrow Circle Bessemer 35022 | $253,624.00 | 97% |
| Corevest | 4/14/2023 | 192,840.32 | 651431 | 186,896.71 | Woodland Trails 14 | 3745 Seaside Sparrow Circle Bessemer 35022 | $249,196.00 | 97% |
| Corevest | 4/14/2023 | 196,300.00 | 651426 | 188,697.50 | Woodland Trails 15 | 3741 Seaside Sparrow Circle Bessemer 35022 | $251,597.00 | 96% |
| Corevest | 4/14/2023 | 196,300.00 | 651413 | 188,697.50 | Woodland Trails 16 | 3737 Seaside Sparrow Circle Bessemer 35022 | $251,597.00 | 96% |
| Corevest | 4/14/2023 | 194,350.00 | 651402 | 186,845.00 | Woodland Trails 17 | 3733 Seaside Sparrow Circle Bessemer 35022 | $249,127.00 | 96% |
| Corevest | 4/14/2023 | 196,300.00 | 651305 | 153,726.00 | Woodland Trails 27 | 5516 Blue Jay Circle Bessemer 35022 | $192,158.00 | 78% |
| Corevest | 4/14/2023 | 194,350.00 | 651329 | 152,322.00 | Woodland Trails 28 | 5520 Blue Jay Circle Bessemer 35022 | $190,403.00 | 78% |
| Corevest | 4/14/2023 | 192,840.32 | 651341 | 151,235.02 | Woodland Trails 29 | 5524 Blue Jay Circle Bessemer 35022 | $189,044.00 | 78% |
| Corevest | 4/14/2023 | 196,300.00 | 651361 | 153,726.00 | Woodland Trails 30 | 5528 Blue Jay Circle Bessemer 35022 | $192,158.00 | 78% |
| Corevest | 4/14/2023 | 194,350.00 | 651389 | 152,322.00 | Woodland Trails 31 | 5532 Blue Jay Circle Bessemer 35022 | $190,403.00 | 78% |
| Corevest | 4/14/2023 | 192,840.32 | 651396 | 152,720.92 | Woodland Trails 37 | 5533 Blue Jay Circle Bessemer 35022 | $190,901.00 | 79% |
| Corevest | 4/14/2023 | 194,350.00 | 651374 | 153,823.00 | Woodland Trails 38 | 5529 Blue Jay Circle Bessemer 35022 | $192,279.00 | 79% |
| Corevest | 4/14/2023 | 196,300.00 | 651350 | 155,246.50 | Woodland Trails 39 | 5525 Blue Jay Circle Bessemer 35022 | $194,058.00 | 79% |
| Corevest | 4/14/2023 | 196,300.00 | 651334 | 156,767.00 | Woodland Trails 40 | 5521 Blue Jay Circle Bessemer 35022 | $195,959.00 | 80% |
| Corevest | 4/14/2023 | 194,350.00 | 651316 | 164,330.00 | Woodland Trails 41 | 5517 Blue Jay Circle Bessemer 35022 | $205,413.00 | 85% |
| Corevest | 4/14/2023 | 192,840.32 | 651291 | 163,122.23 | Woodland Trails 42 | 5513 Blue Jay Circle Bessemer 35022 | $203,903.00 | 85% |
| Corevest | 4/14/2023 | 194,350.00 | 651279 | 164,330.00 | Woodland Trails 43 | 5509 Blue Jay Circle Bessemer 35022 | $205,413.00 | 85% |
| Corevest | 4/14/2023 | 196,300.00 | 651255 | 165,890.00 | Woodland Trails 44 | 5505 Blue Jay Circle Bessemer 35022 | $207,363.00 | 85% |
| Corevest | 4/14/2023 | 196,300.00 | 651239 | 165,890.00 | Woodland Trails 45 | 5501 Blue Jay Circle Bessemer 35022 | $207,363.00 | 85% |
| Corevest | 5/4/2023 | 186,550.00 | 653059 | 139,763.25 | Amberley 09 | 21509 Tawny Loop Robertsdale 36567 | $174,704.00 | 75% |
| Corevest | 5/4/2023 | 180,700.00 | 653040 | 140,079.00 | Amberley 10 | 21521 Tawny Loop Robertsdale 36567 | $175,099.00 | 78% |
| Corevest | 5/4/2023 | 189,800.00 | 653033 | 142,005.75 | Amberley 11 | 21533 Tawny Loop Robertsdale 36567 | $177,507.00 | 75% |
| Corevest | 5/4/2023 | 184,600.00 | 653015 | 148,846.00 | Amberley 12 | 21555 Tawny Loop Robertsdale 36567 | $186,058.00 | 81% |
| Corevest | 5/4/2023 | 186,550.00 | 652991 | 139,763.25 | Amberley 13 | 21567 Tawny Loop Robertsdale 36567 | $174,704.00 | 75% |
| Corevest | 5/4/2023 | 180,700.00 | 652979 | 96,556.50 | Amberley 14 | 21575 Tawny Loop Robertsdale 36567 | $120,696.00 | 53% |
| Corevest | 5/4/2023 | 189,800.00 | 652966 | 100,378.50 | Amberley 15 | 21589 Tawny Loop Robertsdale 36567 | $125,473.00 | 53% |
| Corevest | 5/4/2023 | 184,600.00 | 652955 | 98,194.50 | Amberley 16 | 21595 Tawny Loop Robertsdale 36567 | $122,743.00 | 53% |
| Corevest | 5/4/2023 | 186,550.00 | 652924 | 99,013.50 | Amberley 17 | 21611 Tawny Loop Robertsdale 36567 | $123,767.00 | 53% |
| Corevest | 5/4/2023 | 189,800.00 | 652939 | 100,378.50 | Amberley 18 | 21610 Tawny Loop Robertsdale 36567 | $125,473.00 | 53% |
| Corevest | 5/4/2023 | 180,700.00 | 652946 | 42,878.75 | Amberley 19 | 21596 Tawny Loop Robertsdale 36567 | $53,598.00 | 24% |
| Corevest | 5/4/2023 | 184,600.00 | 652984 | 43,073.75 | Amberley 20 | 21572 Tawny Loop Robertsdale 36567 | $53,842.00 | 23% |
| Corevest | 5/4/2023 | 189,800.00 | 653004 | 43,333.75 | Amberley 21 | 21560 Tawny Loop Robertsdale 36567 | $54,167.00 | 23% |
| Corevest | 5/4/2023 | 180,700.00 | 653028 | 42,878.75 | Amberley 22 | 21548 Tawny Loop Robertsdale 36567 | $53,598.00 | 24% |
| Corevest | 5/4/2023 | 186,550.00 | 653060 | 43,171.25 | Amberley 38 | 19676 Amberley Rd Robertsdale 36567 | $53,964.00 | 23% |
| Corevest | 5/4/2023 | 186,550.00 | 653105 | 139,763.25 | Amberley 34 | 19617 Amberley Rd Robertsdale 36567 | $174,704.00 | 75% |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Corevest | 5/4/2023 | 184,600.00 | 653088 | 138,417.75 | Amberley 35 | 19629 Amberley Rd Robertsdale 36567 | $173,022.00 | 75% | |
| Corevest | 5/4/2023 | 189,800.00 | 653150 | 142,005.75 | Amberley 36 | 19641 Amberley Rd Robertsdale 36567 | $177,507.00 | 75% | |
| Corevest | 5/4/2023 | 180,700.00 | 653134 | 135,726.75 | Amberley 37 | 19651 Amberley Rd Robertsdale 36567 | $169,658.00 | 75% | |
| Corevest | 5/4/2023 | 180,700.00 | 653073 | 111,064.00 | Amberley 39 | 19668 Amberley Rd Robertsdale 36567 | $138,830.00 | 61% | |
| Corevest | 5/4/2023 | 189,800.00 | 653116 | 100,378.50 | Amberley 40 | 19660 Amberley Rd Robertsdale 36567 | $125,473.00 | 53% | |
| Corevest | 5/4/2023 | 184,600.00 | 653129 | 43,073.75 | Amberley 41 | 19652 Amberley Rd Robertsdale 36567 | $53,842.00 | 23% | Not started |
| Corevest | 5/4/2023 | 186,550.00 | 653141 | 99,013.50 | Amberley 42 | 19644 Amberley Rd Robertsdale 36567 | $123,767.00 | 53% | |
| Corevest | 5/4/2023 | 180,700.00 | 653161 | 109,613.25 | Amberley 43 | 19632 Amberley Rd Robertsdale 36567 | $137,017.00 | 61% | |
| Corevest | 5/4/2023 | 189,800.00 | 653095 | 114,254.25 | Amberley 44 | 19620 Amberley Rd Robertsdale 36567 | $142,818.00 | 60% | |
| Corevest | 6/27/2023 | 354,900.00 | 658308 | 90,420.00 | Colonial Traditions 01 | 6110 Frigate Lane Gulf Shores 36542 | $113,025.00 | 25% | Not started |
| Corevest | 6/27/2023 | 343,200.00 | 658294 | 89,835.00 | Colonial Traditions 02 | 6114 Frigate Lane Gulf Shores 36542 | $112,294.00 | 26% | Not started |
| Corevest | 6/27/2023 | 354,900.00 | 658287 | 90,420.00 | Colonial Traditions 03 | 6122 Frigate Lane Gulf Shores 36542 | $113,025.00 | 25% | Not started |
| Corevest | 6/27/2023 | 343,200.00 | 658272 | 89,835.00 | Colonial Traditions 04 | 6126 Frigate Lane Gulf Shores 36542 | $112,294.00 | 26% | Not started |
| Corevest | 6/27/2023 | 343,200.00 | 658269 | 89,835.00 | Colonial Traditions 05 | 6130 Frigate Lane Gulf Shores 36542 | $112,294.00 | 26% | Not started |
| Corevest | 6/27/2023 | 354,900.00 | 658258 | 90,420.00 | Colonial Traditions 06 | 6138 Frigate Lane Gulf Shores 36542 | $113,025.00 | 25% | Not started |
| Corevest | 6/27/2023 | 354,900.00 | 658249 | 90,420.00 | Colonial Traditions 07 | 6142 Frigate Lane Gulf Shores 36542 | $113,025.00 | 25% | Not started |
| Corevest | 6/27/2023 | 343,200.00 | 658232 | 89,835.00 | Colonial Traditions 08 | 6146 Frigate Lane Gulf Shores 36542 | $112,294.00 | 26% | Not started |
| Corevest | 6/27/2023 | 343,200.00 | 658227 | 89,835.00 | Colonial Traditions 09 | 6150 Frigate Lane Gulf Shores 36542 | $112,294.00 | 26% | Not started |
| Corevest | 6/27/2023 | 354,900.00 | 658214 | 90,420.00 | Colonial Traditions 10 | 6154 Frigate Lane Gulf Shores 36542 | $113,025.00 | 25% | Not started |
| Corevest | 6/27/2023 | 343,200.00 | 658203 | 89,835.00 | Colonial Traditions 11 | 6158 Frigate Lane Gulf Shores 36542 | $112,294.00 | 26% | Not started |
| Corevest | 6/27/2023 | 343,200.00 | 658191 | 89,835.00 | Colonial Traditions 12 | 6162 Frigate Lane Gulf Shores 36542 | $112,294.00 | 26% | Not started |
| Corevest | 6/27/2023 | 354,900.00 | 658184 | 90,420.00 | Colonial Traditions 13 | 6166 Frigate Lane Gulf Shores 36542 | $113,025.00 | 25% | Not started |
| Corevest | 6/27/2023 | 354,900.00 | 658179 | 90,420.00 | Colonial Traditions 14 | 6170 Frigate Lane Gulf Shores 36542 | $113,025.00 | 25% | Not started |
| Corevest | 6/27/2023 | 354,900.00 | 658166 | 90,420.00 | Colonial Traditions 15 | 6176 Frigate Lane Gulf Shores 36542 | $113,025.00 | 25% | Not started |
| Corevest | 6/27/2023 | 354,900.00 | 658155 | 90,420.00 | Colonial Traditions 16 | 6180 Galleon Lane Gulf Shores 36542 | $113,025.00 | 25% | Not started |
| Corevest | 6/27/2023 | 343,200.00 | 658146 | 89,835.00 | Colonial Traditions 17 | 6186 Galleon Lane Gulf Shores 36542 | $112,294.00 | 26% | Not started |
| Corevest | 6/27/2023 | 354,900.00 | 658139 | 90,420.00 | Colonial Traditions 18 | 6190 Galleon Lane Gulf Shores 36542 | $113,025.00 | 25% | Not started |
| Corevest | 6/27/2023 | 343,200.00 | 658124 | 89,835.00 | Colonial Traditions 19 | 6194 Galleon Lane Gulf Shores 36542 | $112,294.00 | 26% | Not started |
| Corevest | 6/27/2023 | 343,200.00 | 658111 | 89,835.00 | Colonial Traditions 20 | 6198 Galleon Lane Gulf Shores 36542 | $112,294.00 | 26% | Not started |
| Corevest | 8/3/2023 | 188,500.00 | 659279 | 130,277.50 | Foxwood Farms 01 | 4416 Foxwood Drive SE Decatur 35603 | $162,847.00 | 69% | |
| Corevest | 8/3/2023 | 185,900.00 | 659291 | 128,769.50 | Foxwood Farms 02 | 4414 Foxwood Drive SE Decatur 35603 | $160,962.00 | 69% | |
| Corevest | 8/3/2023 | 185,900.00 | 659341 | 127,409.25 | Foxwood Farms 33 | 4411 Foxwood Drive SE Decatur 35603 | $159,262.00 | 69% | |
| Corevest | 8/3/2023 | 188,500.00 | 659316 | 128,891.25 | Foxwood Farms 34 | 4413 Foxwood Drive SE Decatur 35603 | $161,114.00 | 68% | |
| Corevest | 8/3/2023 | 185,900.00 | 659284 | 127,409.25 | Foxwood Farms 35 | 4415 Foxwood Drive SE Decatur 35603 | $159,262.00 | 69% | |
| Corevest | 8/3/2023 | 183,060.15 | 659329 | 109,808.30 | Foxwood Farms 03 | 4412 Foxwood Drive SE Decatur 35603 | $137,260.00 | 60% | |
| Corevest | 8/3/2023 | 185,900.00 | 659350 | 98,844.00 | Foxwood Farms 04 | 4410 Foxwood Drive SE Decatur 35603 | $123,555.00 | 53% | |
| Corevest | 8/3/2023 | 185,900.00 | 659389 | 98,844.00 | Foxwood Farms 05 | 4408 Foxwood Drive SE Decatur 35603 | $123,555.00 | 53% | |
| Corevest | 8/3/2023 | 185,900.00 | 659402 | 98,844.00 | Foxwood Farms 31 | 4407 Foxwood Drive SE Decatur 35603 | $123,555.00 | 53% | |
| Corevest | 8/3/2023 | 183,060.15 | 659374 | 97,821.65 | Foxwood Farms 32 | 4409 Foxwood Drive SE Decatur 35603 | $122,277.00 | 53% | |
| Corevest | 8/3/2023 | 185,900.00 | 659413 | 98,844.00 | Foxwood Farms 06 | 4406 Foxwood Drive SE Decatur 35603 | $123,555.00 | 53% | |
| Corevest | 8/3/2023 | 183,060.15 | 659448 | 97,821.65 | Foxwood Farms 07 | 4404 Foxwood Drive SE Decatur 35603 | $122,277.00 | 53% | |
| Corevest | 8/3/2023 | 185,900.00 | 659471 | 79,800.50 | Foxwood Farms 08 | 4402 Foxwood Drive SE Decatur 35603 | $99,751.00 | 43% | |
| Corevest | 8/3/2023 | 185,900.00 | 659468 | 98,844.00 | Foxwood Farms 29 | 4403 Foxwood Drive SE Decatur 35603 | $123,555.00 | 53% | |
| Corevest | 8/3/2023 | 185,900.00 | 659431 | 98,844.00 | Foxwood Farms 30 | 4405 Foxwood Drive SE Decatur 35603 | $123,555.00 | 53% | |
| Corevest | 8/3/2023 | 188,500.00 | 659486 | 56,806.25 | Foxwood Farms 09 | 4318 Foxwood Drive SE Decatur 35603 | $71,008.00 | 30% | |
| Corevest | 8/3/2023 | 185,900.00 | 659493 | 56,676.25 | Foxwood Farms 10 | 4316 Foxwood Drive SE Decatur 35603 | $70,845.00 | 30% | |
| Corevest | 8/3/2023 | 188,500.00 | 659501 | 56,806.25 | Foxwood Farms 11 | 4314 Foxwood Drive SE Decatur 35603 | $71,008.00 | 30% | |
| Corevest | 8/3/2023 | 185,900.00 | 659512 | 56,676.25 | Foxwood Farms 12 | 4312 Foxwood Drive SE Decatur 35603 | $70,845.00 | 30% | |
| Corevest | 8/3/2023 | 183,060.15 | 659525 | 56,534.25 | Foxwood Farms 13 | 4310 Foxwood Drive SE Decatur 35603 | $70,668.00 | 31% | |
| Corevest | 8/3/2023 | 185,900.00 | 659547 | 56,676.25 | Foxwood Farms 14 | 4308 Foxwood Drive SE Decatur 35603 | $70,845.00 | 30% | |
| Corevest | 8/3/2023 | 185,900.00 | 659567 | 56,676.25 | Foxwood Farms 15 | 4306 Foxwood Drive SE Decatur 35603 | $70,845.00 | 30% | |
| Corevest | 8/3/2023 | 185,900.00 | 659570 | 56,676.25 | Foxwood Farms 26 | 4305 Foxwood Drive SE Decatur 35603 | $70,845.00 | 30% | |
| Corevest | 8/3/2023 | 183,060.15 | 659556 | 56,534.25 | Foxwood Farms 27 | 4307 Foxwood Drive SE Decatur 35603 | $70,668.00 | 31% | |
| Corevest | 8/3/2023 | 185,900.00 | 659530 | 56,676.25 | Foxwood Farms 28 | 4309 Foxwood Drive SE Decatur 35603 | $70,845.00 | 30% | |
| Corevest | 8/3/2023 | 185,900.00 | 659585 | 56,676.25 | Foxwood Farms 16 | 4304 Foxwood Drive SE Decatur 35603 | $70,845.00 | 30% | Not started |
| Corevest | 8/3/2023 | 183,060.15 | 659602 | 56,534.25 | Foxwood Farms 17 | 4302 Foxwood Drive SE Decatur 35603 | $70,668.00 | 31% | Not started |
| Corevest | 8/3/2023 | 185,900.00 | 659613 | 56,676.25 | Foxwood Farms 24 | 4301 Foxwood Drive SE Decatur 35603 | $70,845.00 | 30% | Not started |
| Corevest | 8/3/2023 | 188,500.00 | 659592 | 56,806.25 | Foxwood Farms 25 | 4303 Foxwood Drive SE Decatur 35603 | $71,008.00 | 30% | Not started |
| Corevest | 8/3/2023 | 185,900.00 | 659457 | 56,676.25 | Foxwood Farms 18 | 4403 Lakota Drive SE Decatur 35603 | $70,845.00 | 30% | Not started |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Corevest | 8/3/2023 | 188,500.00 | 659426 | 56,806.25 | Foxwood Farms 19 | 4405 Lakota Drive SE Decatur 35603 | $71,008.00 | 30% | Not started |
| Corevest | 8/3/2023 | 185,900.00 | 659396 | 56,676.25 | Foxwood Farms 20 | 4407 Lakota Drive SE Decatur 35603 | $70,845.00 | 30% | Not started |
| Corevest | 8/3/2023 | 188,500.00 | 659361 | 56,806.25 | Foxwood Farms 21 | 4409 Lakota Drive SE Decatur 35603 | $71,008.00 | 30% | Not started |
| Corevest | 8/3/2023 | 185,900.00 | 659334 | 56,676.25 | Foxwood Farms 22 | 4411 Lakota Drive SE Decatur 35603 | $70,845.00 | 30% | Not started |
| Corevest | 8/3/2023 | 183,060.15 | 659305 | 56,534.25 | Foxwood Farms 23 | 4413 Lakota Drive SE Decatur 35603 | $70,668.00 | 31% | Not started |
| Corevest | 8/17/2023 | 179,400.00 | 663980 | 44,595.00 | Viking Cove 209 | 365 Troubadour Lane Jasper 35501 | $55,744.00 | 25% | |
| Corevest | 8/17/2023 | 187,850.00 | 664002 | 45,017.50 | Viking Cove 210 | 353 Troubadour Lane Jasper 35501 | $56,272.00 | 24% | |
| Corevest | 8/17/2023 | 201,500.00 | 664026 | 45,700.00 | Viking Cove 211 | 345 Troubadour Lane Jasper 35501 | $57,125.00 | 23% | |
| Corevest | 8/17/2023 | 202,800.00 | 663997 | 45,765.00 | Viking Cove 238 | 360 Troubadour Lane Jasper 35501 | $57,206.00 | 23% | |
| Corevest | 8/17/2023 | 189,800.00 | 663975 | 45,115.00 | Viking Cove 239 | 370 Troubadour Lane Jasper 35501 | $56,394.00 | 24% | |
| Corevest | 8/17/2023 | 202,800.00 | 664048 | 45,765.00 | Viking Cove 212 | 335 Troubadour Lane Jasper 35501 | $57,206.00 | 23% | Not started |
| Corevest | 8/17/2023 | 189,800.00 | 664068 | 45,115.00 | Viking Cove 213 | 323 Troubadour Lane Jasper 35501 | $56,394.00 | 24% | Not started |
| Corevest | 8/17/2023 | 179,400.00 | 664057 | 44,595.00 | Viking Cove 235 | 328 Troubadour Lane Jasper 35501 | $55,744.00 | 25% | Not started |
| Corevest | 8/17/2023 | 187,850.00 | 664031 | 45,017.50 | Viking Cove 236 | 338 Troubadour Lane Jasper 35501 | $56,272.00 | 24% | Not started |
| Corevest | 8/17/2023 | 201,500.00 | 664013 | 45,700.00 | Viking Cove 237 | 348 Troubadour Lane Jasper 35501 | $57,125.00 | 23% | Not started |
| Corevest | 8/17/2023 | 187,850.00 | 664071 | 45,017.50 | Viking Cove 214 | 311 Troubadour Lane Jasper 35501 | $56,272.00 | 24% | Not started |
| Corevest | 8/17/2023 | 201,500.00 | 664103 | 45,700.00 | Viking Cove 215 | 301 Troubadour Lane Jasper 35501 | $57,125.00 | 23% | Not started |
| Corevest | 8/17/2023 | 202,800.00 | 664275 | 45,765.00 | Viking Cove 216 | 289 Troubadour Lane Jasper 35501 | $57,206.00 | 23% | Not started |
| Corevest | 8/17/2023 | 202,800.00 | 664114 | 45,765.00 | Viking Cove 233 | 304 Troubadour Lane Jasper 35501 | $57,206.00 | 23% | Not started |
| Corevest | 8/17/2023 | 189,800.00 | 664086 | 45,115.00 | Viking Cove 234 | 316 Troubadour Lane Jasper 35501 | $56,394.00 | 24% | Not started |
| Corevest | 8/17/2023 | 189,800.00 | 664251 | 45,115.00 | Viking Cove 217 | 277 Troubadour Lane Jasper 35501 | $56,394.00 | 24% | |
| Corevest | 8/17/2023 | 179,400.00 | 664235 | 44,595.00 | Viking Cove 218 | 267 Troubadour Lane Jasper 35501 | $55,744.00 | 25% | |
| Corevest | 8/17/2023 | 179,400.00 | 664242 | 44,595.00 | Viking Cove 230 | 272 Troubadour Lane Jasper 35501 | $55,744.00 | 25% | |
| Corevest | 8/17/2023 | 187,850.00 | 664262 | 45,017.50 | Viking Cove 231 | 282 Troubadour Lane Jasper 35501 | $56,272.00 | 24% | |
| Corevest | 8/17/2023 | 201,500.00 | 664093 | 45,700.00 | Viking Cove 232 | 292 Troubadour Lane Jasper 35501 | $57,125.00 | 23% | |
| Corevest | 8/17/2023 | 187,850.00 | 664217 | 45,017.50 | Viking Cove 219 | 257 Troubadour Lane Jasper 35501 | $56,272.00 | 24% | Not started |
| Corevest | 8/17/2023 | 189,800.00 | 664194 | 45,115.00 | Viking Cove 220 | 245 Troubadour Lane Jasper 35501 | $56,394.00 | 24% | Not started |
| Corevest | 8/17/2023 | 201,500.00 | 664172 | 45,700.00 | Viking Cove 221 | 235 Troubadour Lane Jasper 35501 | $57,125.00 | 23% | Not started |
| Corevest | 8/17/2023 | 201,500.00 | 664187 | 45,700.00 | Viking Cove 227 | 238 Troubadour Lane Jasper 35501 | $57,125.00 | 23% | Not started |
| Corevest | 8/17/2023 | 202,800.00 | 664206 | 45,765.00 | Viking Cove 228 | 250 Troubadour Lane Jasper 35501 | $57,206.00 | 23% | Not started |
| Corevest | 8/17/2023 | 189,800.00 | 664220 | 45,115.00 | Viking Cove 229 | 262 Troubadour Lane Jasper 35501 | $56,394.00 | 24% | Not started |
| Corevest | 8/17/2023 | 202,800.00 | 664158 | 45,765.00 | Viking Cove 222 | 225 Troubadour Lane Jasper 35501 | $57,206.00 | 23% | Not started |
| Corevest | 8/17/2023 | 189,800.00 | 664132 | 45,115.00 | Viking Cove 223 | 215 Troubadour Lane Jasper 35501 | $56,394.00 | 24% | Not started |
| Corevest | 8/17/2023 | 187,850.00 | 664127 | 45,017.50 | Viking Cove 224 | 204 Troubadour Lane Jasper 35501 | $56,272.00 | 24% | Not started |
| Corevest | 8/17/2023 | 179,400.00 | 664149 | 44,595.00 | Viking Cove 225 | 216 Troubadour Lane Jasper 35501 | $55,744.00 | 25% | Not started |
| Corevest | 8/17/2023 | 189,800.00 | 664169 | 45,115.00 | Viking Cove 226 | 228 Troubadour Lane Jasper 35501 | $56,394.00 | 24% | Not started |
| Corevest | 8/28/2023 | 178,750.00 | 664001 | 35,738.20 | Briar Rose 33 | 700 Primrose Drive Bay Minette 36507 | $44,673.00 | 20% | Not started |
| Corevest | 8/28/2023 | 185,900.00 | 664903 | 36,095.70 | Briar Rose 38 | 720 Primrose Drive Bay Minette 36507 | $45,120.00 | 19% | Not started |
| Corevest | 8/28/2023 | 185,900.00 | 664949 | 36,095.70 | Briar Rose 39 | 714 Primrose Drive Bay Minette 36507 | $45,120.00 | 19% | Not started |
| Corevest | 8/28/2023 | 185,900.00 | 664972 | 36,095.70 | Briar Rose 41 | 706 Primrose Drive Bay Minette 36507 | $45,120.00 | 19% | Not started |
| Corevest | 8/28/2023 | 185,900.00 | 664835 | 36,095.70 | Briar Rose 34 | 740 Primrose Drive Bay Minette 36507 | $45,120.00 | 19% | Not started |
| Corevest | 8/28/2023 | 178,750.00 | 664842 | 35,738.20 | Briar Rose 35 | 736 Primrose Drive Bay Minette 36507 | $44,673.00 | 20% | Not started |
| Corevest | 8/28/2023 | 185,900.00 | 664851 | 36,095.70 | Briar Rose 36 | 730 Primrose Drive Bay Minette 36507 | $45,120.00 | 19% | Not started |
| Corevest | 8/28/2023 | 178,750.00 | 664862 | 35,738.20 | Briar Rose 37 | 726 Primrose Drive Bay Minette 36507 | $44,673.00 | 20% | Not started |
| Corevest | 8/28/2023 | 185,900.00 | 664927 | 36,095.70 | Briar Rose 21 | 717 Primrose Drive Bay Minette 36507 | $45,120.00 | 19% | Not started |
| Corevest | 8/28/2023 | 178,750.00 | 664932 | 35,738.20 | Briar Rose 22 | 715 Primrose Drive Bay Minette 36507 | $44,673.00 | 20% | Not started |
| Corevest | 8/28/2023 | 185,900.00 | 664958 | 36,095.70 | Briar Rose 23 | 711 Primrose Drive Bay Minette 36507 | $45,120.00 | 19% | Not started |
| Corevest | 8/28/2023 | 178,750.00 | 664969 | 35,738.20 | Briar Rose 24 | 709 Primrose Drive Bay Minette 36507 | $44,673.00 | 20% | Not started |
| Corevest | 8/28/2023 | 185,900.00 | 664875 | 36,095.70 | Briar Rose 17 | 725 Primrose Drive Bay Minette 36507 | $45,120.00 | 19% | Not started |
| Corevest | 8/28/2023 | 178,750.00 | 664880 | 35,738.20 | Briar Rose 18 | 723 Primrose Drive Bay Minette 36507 | $44,673.00 | 20% | Not started |
| Corevest | 8/28/2023 | 185,900.00 | 664897 | 36,095.70 | Briar Rose 19 | 721 Primrose Drive Bay Minette 36507 | $45,120.00 | 19% | Not started |
| Corevest | 8/28/2023 | 178,750.00 | 664914 | 35,738.20 | Briar Rose 20 | 719 Primrose Drive Bay Minette 36507 | $44,673.00 | 20% | Not started |
| Corevest | 8/28/2023 | 185,900.00 | 664792 | 36,095.70 | Briar Rose 01 | 812 Marks Avenue Bay Minette 36507 | $45,120.00 | 19% | Not started |
| Corevest | 8/28/2023 | 178,750.00 | 664806 | 35,738.20 | Briar Rose 02 | 806 Marks Avenue Bay Minette 36507 | $44,673.00 | 20% | Not started |
| Corevest | 8/28/2023 | 185,900.00 | 664817 | 36,095.70 | Briar Rose 03 | 800 Marks Avenue Bay Minette 36507 | $45,120.00 | 19% | Not started |
| Corevest | 8/28/2023 | 178,750.00 | 664987 | 35,738.20 | Briar Rose 04 | 706 Marks Avenue Bay Minette 36507 | $44,673.00 | 20% | Not started |
| Corevest | 8/28/2023 | 185,900.00 | 664994 | 36,095.70 | Briar Rose 05 | 704 Marks Avenue Bay Minette 36507 | $45,120.00 | 19% | Not started |
| Corevest | 8/28/2023 | 185,900.00 | 664820 | 36,095.70 | Briar Rose 8 | 743 Primrose Drive Bay Minette 36507 | $45,120.00 | 19% | Not started |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Corevest | 8/28/2023 | 185,900.00 | 665025 | 36,095.70 | Briar Rose 29 | TBD Bay Minette 36507 | $45,120.00 | 19% Not started |
| Corevest | 8/28/2023 | 178,750.00 | 665030 | 35,738.20 | Briar Rose 30 | TBD Bay Minette 36507 | $44,673.00 | 20% Not started |
| Corevest | 8/28/2023 | 185,900.00 | 665047 | 36,095.70 | Briar Rose 31 | TBD Bay Minette 36507 | $45,120.00 | 19% Not started |
| Corevest | 8/28/2023 | 178,750.00 | 665012 | 35,738.20 | Briar Rose 32 | 605 Primrose Drive Bay Minette 36507 | $44,673.00 | 20% Not started |
| Corevest | 9/6/2023 | 184,600.00 | 666712 | 43,073.75 | Amberley 08 | 21497 Tawny Loop Robertsdale 36567 | $53,842.00 | 23% Not started |
| Corevest | 9/6/2023 | 186,550.00 | 666682 | 43,171.25 | Amberley 23 | 21522 Tawny Loop Robertsdale 36567 | $53,964.00 | 23% Not started |
| Corevest | 9/6/2023 | 184,600.00 | 666699 | 43,073.75 | Amberley 24 | 21510 Tawny Loop Robertsdale 36567 | $53,842.00 | 23% Not started |
| Corevest | 9/6/2023 | 189,800.00 | 666701 | 43,333.75 | Amberley 25 | 21498 Tawny Loop Robertsdale 36567 | $54,167.00 | 23% Not started |
| Corevest | 9/6/2023 | 180,700.00 | 666725 | 42,878.75 | Amberley 26 | 21486 Tawny Loop Robertsdale 36567 | $53,598.00 | 24% Not started |
| Corevest | 9/6/2023 | 184,600.00 | 666767 | 43,073.75 | Amberley 04 | 21457 Tawny Loop Robertsdale 36567 | $53,842.00 | 23% Not started |
| Corevest | 9/6/2023 | 186,550.00 | 666756 | 43,171.25 | Amberley 05 | 21465 Tawny Loop Robertsdale 36567 | $53,964.00 | 23% Not started |
| Corevest | 9/6/2023 | 180,700.00 | 666747 | 42,878.75 | Amberley 06 | 21473 Tawny Loop Robertsdale 36567 | $53,598.00 | 24% Not started |
| Corevest | 9/6/2023 | 189,800.00 | 666730 | 43,333.75 | Amberley 07 | 21485 Tawny Loop Robertsdale 36567 | $54,167.00 | 23% Not started |
| Corevest | 9/6/2023 | 186,550.00 | 666770 | 43,171.25 | Amberley 27 | 21452 Tawny Loop Robertsdale 36567 | $53,964.00 | 23% Not started |
| Corevest | 9/6/2023 | 186,550.00 | 666817 | 43,171.25 | Amberley 01 | 21429 Tawny Loop Robertsdale 36567 | $53,964.00 | 23% Not started |
| Corevest | 9/6/2023 | 180,700.00 | 666792 | 42,878.75 | Amberley 02 | 21441 Tawny Loop Robertsdale 36567 | $53,598.00 | 24% Not started |
| Corevest | 9/6/2023 | 189,800.00 | 666785 | 43,333.75 | Amberley 03 | 21449 Tawny Loop Robertsdale 36567 | $54,167.00 | 23% Not started |
| Corevest | 9/6/2023 | 189,800.00 | 666806 | 43,333.75 | Amberley 28 | 21440 Tawny Loop Robertsdale 36567 | $54,167.00 | 23% Not started |
| Corevest | 9/6/2023 | 184,600.00 | 666820 | 43,073.75 | Amberley 29 | 21428 Tawny Loop Robertsdale 36567 | $53,842.00 | 23% Not started |
| Corevest | 9/6/2023 | 180,700.00 | 666927 | 42,878.75 | Amberley 30 | 19569 Amberley Rd Robertsdale 36567 | $53,598.00 | 24% Not started |
| Corevest | 9/6/2023 | 186,550.00 | 666903 | 43,171.25 | Amberley 31 | 19581 Amberley Rd Robertsdale 36567 | $53,964.00 | 23% Not started |
| Corevest | 9/6/2023 | 189,800.00 | 666880 | 43,333.75 | Amberley 32 | 19593 Amberley Rd Robertsdale 36567 | $54,167.00 | 23% Not started |
| Corevest | 9/6/2023 | 180,700.00 | 666875 | 42,878.75 | Amberley 33 | 19605 Amberley Rd Robertsdale 36567 | $53,598.00 | 24% Not started |
| Corevest | 9/6/2023 | 184,600.00 | 666897 | 43,073.75 | Amberley 45 | 19584 Amberley Rd Robertsdale 36567 | $53,842.00 | 23% Not started |
| Corevest | 9/6/2023 | 186,550.00 | 666914 | 43,171.25 | Amberley 46 | 19572 Amberley Rd Robertsdale 36567 | $53,964.00 | 23% Not started |
| Corevest | 9/6/2023 | 180,700.00 | 666842 | 42,878.75 | Amberley 47 | 21402 Tawny Loop Robertsdale 36567 | $53,598.00 | 24% Not started |
| Corevest | 9/6/2023 | 186,550.00 | 666862 | 43,171.25 | Amberley 48 | 21392 Tawny Loop Robertsdale 36567 | $53,964.00 | 23% Not started |
| Corevest | 9/6/2023 | 189,800.00 | 666825 | 43,333.75 | Amberley 49 | 21403 Tawny Loop Robertsdale 36567 | $54,167.00 | 23% Not started |
| Corevest | 9/6/2023 | 184,600.00 | 666851 | 43,073.75 | Amberley 50 | 21393 Tawny Loop Robertsdale 36567 | $53,842.00 | 23% Not started |
| Corevest | 3/28/2024 | 584,250.00 | | 560,387.30 | West Lagoon HH | 951 West Lagoon Avenue Unit HH 36542 | $700,484.00 | 99% |
| Corevest | 3/28/2024 | 584,250.00 | | 562,285.19 | West Lagoon JJ | 951 West Lagoon Avenue Unit JJ 36542 | $702,856.00 | 99% |
| Corevest | 3/28/2024 | 584,250.00 | | 570,135.19 | West Lagoon KK | 951 West Lagoon Avenue Unit KK 36542 | $712,669.00 | 99% |
| Corevest | 3/28/2024 | 584,250.00 | | 563,111.30 | West Lagoon LL | 951 West Lagoon Avenue Unit LL 36542 | $703,889.00 | 99% |
| 202 | | 42,834,703.29 | | 19,157,145.19 | | | 24,814,475.00 | |

**Fill in this information to identify the case:**

Debtor name **PHCV4 Homes, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) **24-02751-11**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Corevest American Finance Lender, LLC**
Creditor's Name
**ATTN: Loan Administrator**
**4 Park Plaza, Suite 900**
**Irvine, CA 92614**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Real Property - See Ex A attached**

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$19,157,145.19** Column B: **$24,814,475.00**

**2.2 Prominence Homes, LLC**
Creditor's Name
**3000 Riverchase Galleria**
**Suite 1770**
**Birmingham, AL 35244**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Construction Liens**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$4,600,000.00** Column B: **$4,600,000.00**

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| | | |
|---|---|---|
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$23,757,145.19** |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
|---|
| Debtor name **PHCV4 Homes, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) **24-02751-11** |

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| 3.1 | **Acme Brick Company**<br>**c/o Michaell Kelly, Esq.**<br>**137 Main Street, Suite 202**<br>**Trussville, AL 35173**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1.00** |
| 3.2 | **B/E Engineering**<br>**c/o Scott Stevens, Esq.**<br>**11 N. Water Street, Suite 20290**<br>**Mobile, AL 36602**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1.00** |
| 3.3 | **Builders First Source**<br>**c/o Michael Kelly, Esq.**<br>**137 Main Street, Suite 202**<br>**Trussville, AL 35173**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1.00** |
| 3.4 | **Interior Exterior Building Supply**<br>**c/o Michael Kelly**<br>**137 Main Street, Suite 202**<br>**Trussville, AL 35173**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1.00** |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1.00** |
|---|---|---|---|
| | **Ready Mix**<br>**c/o John R. Frawley, Jr.**<br>**P.O. Box 101493**<br>**Birmingham, AL 35210** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred _** | **Basis for the claim: _** | |
| | **Last 4 digits of account number _** | Is the claim subject to offset? ■ No ☐ Yes | |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **5.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **5.00** |

| Fill in this information to identify the case: |
|---|
| Debtor name **PHCV4 Homes, LLC** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) **24-02751-11** |

☐ Check if this is an amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Sale and Purchase Agreement** | |
| State the term remaining | | **Valor Communities, LLC**<br>**105 Hayesbury Drive**<br>**Pelham, AL 35124** |
| List the contract number of any government contract | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **PHCV4 Homes, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ALABAMA |
| Case number (if known) | **24-02751-11** |

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Michael McMullen** | **3000 Riverchase Galleria**<br>**Suite 1770**<br>**Birmingham, AL 35244** | **Corevest American Finance Lender, LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.2 | **Misty M. Glass** | **3000 Riverchase Galleria**<br>**Suite 1770**<br>**Birmingham, AL 35244** | **Corevest American Finance Lender, LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.3 | **Scott Underwood** | **3000 Riverchase Galleria**<br>**Suite 1770**<br>**Birmingham, AL 35244** | **Corevest American Finance Lender, LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **PHCV4 Homes, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known) **24-02751-11**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other | **$269,900.00** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$274,900.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Builders Firstsource - Southeast Group, LLC v. Prominence Homes, LLC & PHCV4 Homes, LLC**<br>**CV-2024-901033** | **Civil** | **Circuit Court of Baldwin County, Alabama**<br>**312 Courthouse Square, Suite 10**<br>**Bay Minette, AL 36507** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Builders First Source - Southeastern Group, LLC v. Prominence Homes, LLC, et al.**<br>**CV-2024-900338** | **Civil** | **Circuit Court of Morgan County, Alabama**<br>**302 Lee Street NE**<br>**4th Floor**<br>**Decatur, AL 35601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Ready Mix USA, LLC v. Prominence Homes, LLC, et al.**<br>**CV-2024-900122** | **Civil** | **Circuit Court of Morgan County, Alabama**<br>**302 Lee Street NE**<br>**4th Floor**<br>**Decatur, AL 35601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Acme Brick Company, Inc. v. Prominence Homes, LLC, et al.**<br>**CV-2024-900117** | **Civil** | **Circuit Court of Morgan County, Alabama**<br>**302 Lee Street NE**<br>**4th Floor**<br>**Decatur, AL 35601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |



Case 24-02751-TOM11 Doc 9 Filed 09/20/24 Entered 09/20/24 14:41:21 Desc Main Document Page 18 of 27

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Interior Exterior Building Supply, LP v. Prominence Homes, LLC, et al.<br>CV-2024-900217** | **Civil** | **Circuit Court of Jefferson County, AL<br>1801 3rd Avenue N.<br>Bessemer, AL 35020** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Acme Brick Company, Inc. v. Prominence Homes, LLC, et al.<br>CV-2024-900365** | **Civil** | **Circuit Court of Baldwin County, Alabama<br>312 Courthouse Square, Suite 10<br>Bay Minette, AL 36507** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **B/E Engineering VB, LLC - B/E Home Services, LLC v. Prominence Homes, LLC<br>CV-2024-900239** | **Civil** | **Circuit Court of Baldwin County, Alabama<br>312 Courthouse Square Suite 10<br>Bay Minette, AL 36507** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|



Case 24-02751-TOM11 Doc 9 Filed 09/20/24 Entered 09/20/24 14:41:21 Desc Main Document Page 19 of 27

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Spain & Gillon, LLC**<br>**505 North 20th Street**<br>**Suite 1200 Financial Center**<br>**Birmingham, AL 35203** | | **August 2024** | **$14,500.00** |

**Email or website address**

**Who made the payment, if not debtor?**
**Prominence Homes, LLC**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2084 Valleydale Road**<br>**Birmingham, AL 35244** | **Inception to March 2023** |

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- □ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- □ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Misty M. Glass**<br>**3000 Riverchase Galleria**<br>**Suite 1770**<br>**Birmingham, AL 35244** | **Continuous** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|



Case 24-02751-TOM11 Doc 9 Filed 09/20/24 Entered 09/20/24 14:41:21 Desc Main Document Page 22 of 27

| **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|
| 26c.1. **Misty M. Glass**<br>**3000 Riverchase Galleria**<br>**Suite 1770**<br>**Birmingham, AL 35244** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| **Name and address** |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| **Misty M. Glass** | **3000 Riverchase Galleria**<br>**Suite 1770**<br>**Birmingham, AL 35244** | **Manager** | **37%** |
| **Michael McMullen** | **3000 Riverchase Galleria**<br>**Suite 1770**<br>**Birmingham, AL 35244** | **Manager** | **37%** |
| **Scott Underwood** | **3000 Riverchase Galleria**<br>**Suite 1770**<br>**Birmingham, AL 35244** | **Manager** | **26%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 20, 2024**

**/s/ Misty M. Glass**
Signature of individual signing on behalf of the debtor

**Misty M. Glass**
Printed name

Position or relationship to debtor **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Alabama

| | | | |
|---|---|---|---|
| In re | PHCV4 Homes, LLC | Case No. | 24-02751-11 |
| | Debtor(s) | Chapter | 11 |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 14,500.00 |
| Prior to the filing of this statement I have received | $ | 8,851.50 |
| Balance Due | $ | 5,648.50 |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Fees are being bill hourly at the rate of $375.00 - $495.00 and $195.00 hourly (paralegal). The Debtor shall keep the retainer at a balance of $12,500.00 as fees are paid and approved by the Court.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**September 20, 2024**
*Date*

**/s/ Frederick M. Garfield**
**Frederick M. Garfield ASB-6003-R75F**
*Signature of Attorney*
**Spain & Gillon, LLC**
**505 North 20th Street**
**Suite 1200 The Financial Center**
**Birmingham, AL 35203**
**(205) 328-4100 Fax: (205) 324-8866**
**fgarfield@spain-gillon.com**
*Name of law firm*

# United States Bankruptcy Court
## Northern District of Alabama

In re **PHCV4 Homes, LLC** Debtor(s)

Case No. **24-02751-11**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Prominence Builders Two, LLC**<br>**3000 Riverchase Galleria**<br>**Suite 1770**<br>**Birmingham, AL 35244** | **Class A Member** | **100%** | **Class A Membershipp Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 20, 2024**

Signature **/s/ Misty M. Glass**
**Misty M. Glass**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Northern District of Alabama**

In re **PHCV4 Homes, LLC** Case No. **24-02751-11**
Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **September 20, 2024**

**/s/ Misty M. Glass**
**Misty M. Glass**/**Manager**
Signer/Title