

United States Bankruptcy Administrator
Northern District of Alabama
SOUTHERN DIVISION
ROBERT S. VANCE FEDERAL BUILDING
1800 FIFTH AVENUE, NORTH
SUITE 326
BIRMINGHAM, ALABAMA 35203

J. THOMAS CORBETT
U.S. BANKRUPTCY ADMINISTRATOR

JON A. DUDECK
ASST. U.S. BANKRUPTCY ADMINISTRATOR

DIRECT DIAL NUMBER (205) 714-3840

E-MAIL ADDRESS:

JON_DUDECK@ALNBA.USCOURTS.GOV

October 9, 2024

United States Bankruptcy Court
1800 Fifth Avenue North
Birmingham, Alabama 35203

Attention: Chapter 11 Clerk

Re: PHCV4 Homes, LLC, 24-02751-TOM-11

Dear Chapter 11 Clerk:

    Please be advised that it is not feasible to form a committee of unsecured creditors in this case in view of the fact that an insufficient number of unsecured creditors expressed a willingness to serve.

                      Very truly yours,

                      /s/Jon A. Dudeck
                      Jon A. Dudeck